| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Law Offices of Marjorie M Johnson, Esq.<br>Marjorie M Johnson, Esq.<br>State Bar No.: 146540<br>P O Box 3276<br>Crestline, CA 92325<br>(909) 336-5199 Fax (909) 336-5299<br>e:mail: mmjesq@yahoo.com<br><br>Attorney for: Debtors; Glen & Lori Poland | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>  Glen A. Poland & Lori A. Poland<br><br>                                     Debtor(s). | CHAPTER: 7<br>CASE NO.: 6:07-bk-12228 MJ |
|---|---|

# DEBTOR'S MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

(For Case Closed Without Entry of Discharge Due to Noncompliance With 11 U.S.C. §§ 727(a)(11) or 1328(g)(1))

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. **Bankruptcy Case Filing Information:**

    a. A voluntary petition under chapter    ☑ 7   ☐ 13  was filed on: February 6, 2008

    b. Because the Debtor(s) failed to file Official Form 23, Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management ("OF 23") within the time limit set forth in F.R.B.P. 1007(c), the court closed this case without entering a discharge.

2. I, Glen Poland_____, the Debtor in this case, and Lori A Poland_____, (if joint debtors) hereby request that the court enter an order: (a) reopening the case pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010; and (b) extending the time for the Debtor(s) to file the OF 23 for a period of 30 days from the date of entry of an order granting this motion.

3. The Debtor(s) failed to file the OF 23 by the original deadline, and therefore need to have the case reopened so that the required OF 23 can be filed and a discharge can be entered because: (Explain circumstances that prevented the Debtor(s) from filing the OF 23 in a timely manner.)

    Debtor, Lori A. Poland started to do the PostPetition Instructional Course Concerning Personal Financial Management, however was not able to complete it due to being sick and being admitted in the hospital. Debtors have both since completed their PostPetition Instructional Course Concerning Personal Financial attached herewith on April 6, 2009 and are respectfully requesting a Chapter 7 discharge.

    and I declare this under penalty of perjury.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                         F 5010-1.1M

Debtor's Motion to Reopen Case and for Extension of Time To File Debtor's Certification of
of Postpetition Instructional Course Concerning Personal Financial Management - Page 2

| In re | | CHAPTER: 7 |
|---|---|---|
| Glen A. Poland & Lori A. Poland | Debtor(s). | CASE NO. 6:07-bk-12228 MJ |

WHEREFORE, the Debtor(s) pray(s) that this court issue an order (the form of which is submitted herewith and has been served) reopening this case and extending the time to file the OF 23 so that the Debtor(s) discharge may be entered.

| _[signature]_ | 5/8/09 | Riverside | CA |
|---|---|---|---|
| Debtor's Signature | Dated | City | State |

| _Lori Ann Poland_ | 5/8/09 | Riverside | CA |
|---|---|---|---|
| Joint Debtor's Signature | Dated | City | State |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                             F 5010-1.1M

Certificate Number: 01401-CAC-DE-006652498

Bankruptcy Case Number: 07-12228

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on April 6, 2009, at 3:17 o'clock PM EDT, Glen A Poland completed a course on personal financial management given by telephone by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: April 6, 2009

By /s/Holli Bratt for Jackie Gains

Name Jackie Gains

Title Credit Counselor

Certificate Number: 01401-CAC-DE-006652125

Bankruptcy Case Number: 07-12228

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on October 28, 2008, at 11:35 o'clock PM EDT,

Lori A Poland completed a course on personal financial management given by internet by

GreenPath, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: April 6, 2009    By    /s/Holli Bratt for Erin Medell

Name    Erin Medell

Title    Counselor

Debtor's Motion to Reopen Case and for Extension of Time To File Debtor's Certification of
of Postpetition Instructional Course Concerning Personal Financial Management - Page 3

| In re | CHAPTER: 7 |
|---|---|
| Glen A. Poland & Lori A. Poland | |
| Debtor(s). | CASE NO.: 6:07-bk-12228 MJ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
P O Box 3276, Crestline, CA 92325

A true and correct copy of the foregoing document described as Debtor's Motion to Reopen Case and/or Extension of Time to File Debtors Cert. of Postpetition Instruction Course Con. Pers. Finc will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 5/11/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Honorable Meredith Jury
3420 Twelfth Street, Ctrm: #302
Riverside, CA 92501

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/11/09 | Mary Avalos | [signature] |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 5010-1.1M

Debtor's Motion to Reopen Case and for Extension of Time To File Debtor's Certification of
of Postpetition Instructional Course Concerning Personal Financial Management - Page 4

| In re<br>Glen A. Poland & Lori A. Poland | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 6:07-bk-12228 MJ |

**ADDITIONAL SERVICE INFORMATION** (if needed):

United States Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

Karl T Anderson, Chapter 7 Trustee
700 E Tahquitz Canyon Way Suite H
Palm Springs, CA 92262

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 5010-1.1M**