B18 (Official Form 18)
Rev.(03/09)

# United States Bankruptcy Court
# Central District Of California

3420 Twelfth Street, Riverside, CA 92501−3819

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Lori A Poland
aka Lori Ann Wolfe

**BANKRUPTCY NO.** 6:07−bk−12228−MJ

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7473
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 5/27/09

**JOINT DEBTOR INFORMATION:**
Glen Poland

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−4285
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Discharge Date:** 5/27/09

**Address:**
221 Stuart St
Martinsville, VA 24112

    It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT,

Dated: May 27, 2009

**Jon D. Ceretto**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form Rev. 03/09) VAN−30                                                                                                                                61 / DSM

B18 (Official Form 18) Cont.
Rev.(03/09)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loads form these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-6          User: dsmithC              Page 1 of 2                   Date Rcvd: May 27, 2009
Case: 07-12228                Form ID: b18              Total Served: 49


The following entities were served by first class mail on May 29, 2009.
db/jdb       +Lori A Poland,    Glen Poland,   221 Stuart St,    Martinsville, VA 24112-3022
aty          +Alane A Becket 2,    Becket & Lee LLP,   16 General Warren Blvd.,    P.O. Box 3001,
               Malvern, PA 19355-0701
aty          +John H Kim,    Cooksey, Toolen, Gage, Duffy & Woog,    535 Anton Blvd 10th Fl,
               Costa Mesa, CA 92626-1947
aty          +Les A Zieve,   4370 Tujunga Ave Ste 220,    Studio City, CA 91604-2763
aty          +Marjorie M Johnson,    POB 3276,   Crestline, CA 92325-3276
aty          +Michael D Vanlochem,    Vanlochem & Chesney LLP,    6565 Sunset Blvd Ste 422,
               Hollywood, CA 90028-7218
aty          +Thomas A. Lee 1, III,    Becket & Lee LLP,   16 General Warren Blvd.,    P.O. Box 3001,
               Malvern, PA 19355-0701
tr           +Karl T Anderson,    700 E Tahquitz Canyon Way Ste H,    Palm Springs, CA 92262-6765
smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA  94280-0001
ust          +United States Trustee (RS),    3685 Main Street, Suite 300,    Riverside, CA 92501-2804
cr           +Virginia Housing Developtment Authority,    601 South Belvidere St.,    Richmond, VA 23220-6504
19098643      AFINI, Inc.,    P.O. Box3517,   BLOOMINGTON, IL 61702-3517
19098645     +Audit Systems Inc.,    3696 Ulmerton Rd., #200,    Clearwater, FL 33762-4237
19098646      BANK OF AMERICA,    P.O. Box 25078,    GREENSBORO, NC 27420
19098647     +Barbara Poland,    18650 Yucca St.,    HESPERIA, CA 92345-6444
19098648      CHEVRON CREDIT CARD,    P.O. Box 5010 Sect. 230,    CONCORD, CA 94524-0010
19098651      CREDIT PROTECTION ASSOC,,    12490 Business Center Dr.,    VICTORVILLE, CA 92395-5833
19098650     +City of Martinsville,    P.O. Box 1023,    MARTINSVILLE, VA 24114-1023
19098652      ENHANCED RECOVERY CORP.,    8014 BAYBERRY RD.,    JACKSONVILLE, FL 32256-7412
19098653     +GC SERVICES,    P.O.BOX 3026,   6330 Gulfton,    HOUSTON, TX 77081-1198
19098654     +Glasser and Glasser,    Crown Cente, Suiite 600,    580 E. Main St.,    NORFOLK, VA 23510-2306
19098641     +Glen Poland,    18650 Yucca St.,    Hesperia, CA 92345-6444
19098655     +HIGH DESERT CREDITORS SERVICE,    14608 Main Street #B,    HESPERIA, CA 92345-3381
19098656     +Interstate Credit Collections,    711 Coliseum Plaza Ct.,    Winston Salem, NC 27106-5350
19098657      JJ & R Em. Med Group,    P.O. Box 2700,    RANCHO CUCAMONGA, CA 91729-2700
19098658     +Judy Poland,    18650 Yucca St.,    HESPERIA, CA 92345-6444
19098640     +Lori A Poland,    18650 Yucca St.,    Hesperia, CA 92345-6444
19098660      NCO FINANCIAL SYSTEMS,    P.O. BOX 41457,    PHILADELPHIA, PA 19101-1457
19098659     +NCO FINANCIAL SYSTEMS,    P.O. BOX 15630,    Dept 99,   WILMINGTON, DE 19850-5630
19098661     +NCO FINANCIAL SYSTEMS,    P.O. Box 4911,    Dept DD,   TRENTON, NJ 08650-4911
19098662      Nissan Motor Acceptance,    NMAC BANKRUPTCY DEPT,    P.O. Box 660366,    DALLAS, TX 75266-0366
19129317     +Nissan Motor Acceptance Corp,    PO Box 660366,    Dallas TX 75266-0366
19098663      RECIEVABLE MANAGEMENT Services,    P.O. BOX 280431,    EAST Hartford, CT 06128-0431
19098665      SOUTHWESTERN VA GAS,    208 Lester St.,    MARTINSVILLE, VA 24112-2821
19098666      VHDA,    6015 Belvadere,   RICHMOND, VA 23220
19128067     +VHDA,    P O Box 4627,   Richmond  VA 23220-8627
19098667      VIctorville Radiology,    P.O. Box 937,   VICTORVILLE, CA 92393-0937
19138814     +World Financial Network Natl Bk,    c/o Weinstein & Riley PS,    2101 Fourth Ave Ste 900,
               Seattle WA 98121-2339
The following entities were served by electronic transmission on May 28, 2009.
tr           +EDI: QKTANDERSON.COM May 28 2009 01:53:00      Karl T Anderson,   700 E Tahquitz Canyon Way Ste H,
               Palm Springs, CA 92262-6765
smg           EDI: CALTAX.COM May 28 2009 01:53:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
               Sacramento, CA  95812-2952
cr            EDI: ECAST.COM May 28 2009 01:43:00      eCAST Settlement Corporation,   POB 35480,
               Newark, NJ  07193-5480
19098644      EDI: ACCE.COM May 28 2009 01:53:00      ASSET ACCEPTANCE,   P.O. BOX 2036,   WARREN, MI 48090-2036
19253361      EDI: BLINE.COM May 28 2009 01:53:00      B-Real LLC,   MS 550,   PO Box 91121,
               Seattle, WA  98111-9221
19384510     +EDI: BANKAMER.COM May 28 2009 01:43:00      Bank of America,   Attn Mr M BK,   1000 Samoset Dr,
               Newark DE 19713-6000
19192526     +EDI: BANKAMER.COM May 28 2009 01:43:00      Bank of America NA,   PO Box 26012,   NC4-105-03-14,
               Greensboro, NC 27420-6012
19098649      EDI: PHINARCADIA.COM May 28 2009 01:43:00      CITIFINANCIAL AUTO,   P.O. BOX 183036,
               COLUMBUS, OH 43218-3036
19664641     +EDI: ECMC.COM May 28 2009 01:43:00      Educational Credit Management Corporation,   POB 8809,
               Richmond VA 23225-0509
19098664      EDI: WFNNB.COM May 28 2009 01:43:00      Roman’s,   P.O. Box 659728,   SAN ANTONIO, TX 78265-9728
19183822      EDI: BLINE.COM May 28 2009 01:53:00      Roundup Funding LLC,   MS 550,   P O Box 91121,
               Seattle WA  98111-9221
19327191      EDI: ECAST.COM May 28 2009 01:43:00      eCAST Settlement Corporation successor to,
               Bank of America NA USA,   POB 35480,   Newark NJ 07193-5480
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Citifinancial Auto Ltd
cr            NISSAN MOTOR ACCEPTANCE CORPORATION
19098642*    +MARJORIE M. JOHNSON,    P.O. BOX 3276,   CRESTLINE, CA 92325-3276
                                                                                                TOTALS: 2, * 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0973-6          User: dsmithC            Page 2 of 2              Date Rcvd: May 27, 2009
Case: 07-12228                Form ID: b18             Total Served: 49

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2009**                    **Signature:**    *Joseph Speetjens*